# EXHIBIT A

## SUBJECT PHOTGRAPHY EXAMPLES - NON-EXHAUSTIVE LIST OF INFRINGING WORKS FOUND AT GLOBAL ART

| Thumbnail | Title/ Info<br>collection Helmut Newton Foundation | earliest located publication/ not US |
|---|---|---|
|  | **Rue Aubriot, Yves Saint Laurent** | **France 1976** |
| | Paris 1975 | Femmes Secrètes, Editions Robert Laffont S.A., Paris 1976 |
| | HN 1608/ 28a | page 23 |
| | | source: book/ archive HNF |
|  | | **Germany 2019** |
| | Paris 1975 | Sumo, 20th anniversary edition, Taschen, Cologne 2019 |
| | HN 1608/ 9a | |
| | | source: book/ archive HNF |
|  | **Woman undressing in a Hotel in Venice, Amica** | |
| | Italy 1986 | **Italy 1986** |
| | HN 5732/ 7-8 | Amica 1986, page 148/ 149 |
| | | source: Pages from the Glossies |
|  | **Self-portrait with wife and models, Vogue studio** | **France 1984** |
| | Paris 1981 | Exhibition Catalogue "Helmut Newton . Mode et Portraits", plate 70 |
| | HN 4498/ 9 | Musée d´Art Moderne de la Villa de Paris,  Paris Audiovisuel/ Direction des Affaires Culturelles de la Ville de Paris, 1984 |
| | Vogue Hommes - end 81/ beginning 82 | source: book/ archive HNF |
|  | **David Lynch and Isabella Rossellini** | **France 1988** |
| | Los Angeles 1988 | Exhibition Catalogue " Helmut Newton . Nouvelles images" |
| | HN 6838/ 20, Repro 7921 | Espace Photographique de Paris, Paris Audiovisuel, Paris 1988, |
| | | source: book/ archive HNF |
|  | **Fat hand with dollars** | **Germany 1999** |
| | Monte Carlo 1984 | Sumo, Taschen, Cologne 1999 |
| | HN 5249/ 22 | |
| | | source: book/ archive HNF |
|  | **Saddle I, Hermès, Vogue Hommes** | **Germany 1978** |
| | Hôtel Lancaster, Paris 1976 | Sleepless Nights, Schirmer/ Mosel, Munich 1978 |
| | HN 2195/ 24 | page 65 |
| | Vogue Hommes 1977 | source: book/ archive HNF |
|  | **Office Love** | |
| | Paris 1978 | **Germany 1978** |
| | HN 3089/ 0 | Sleepless Nights, Schirmer/ Mosel, Munich 1978 |

| | | |
|---|---|---|
|  | | source: book/ archive HNF |
|  | **Big Nude III: Henrietta** | **France, 1981** |
| | Paris 1980 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |
| | HN 3986/ 4 | |
| | | source: book/ archive HNF |
|  | **Paloma Picasso** | **France 1973** |
| | Saint-Tropez 1973 | French Vogue, No. 541, November 1973 |
| | HN 1369/ 6a | page 104 |
| | | source: magazine/ Lipperheidesche Kostümbibliothek |
|  | **Crocodile, Pina Bausch Ballett** | **France 1984** |
| | Wuppertal 1983 | Exhibition Catalogue "Helmut Newton . Mode et Portraits" Cover, image mirrowed |
| | HN 5046/ 14 | Musée d´Art Moderne de la Villa de Paris,  Paris Audiovisuel/ Direction des Affaires Culturelles de la Ville de Paris, 1984, plate 70 |
| | | source: book/ archive HNF |

# SUBJECT PHOTOGRAPHY EXAMPLES - NON-EXHAUSTIVE LIST OF INFRINGING WORKS FOUND AT LYONS GALLERY

| Thumbnail | Title/ Info<br>collection Helmut Newton Foundation | earliest located publication/ not US |
|---|---|---|
|  | **Tied-up Torso, Beauté German Vogue** | **Germany 2019** |
| | Ramatuelle 1980 | Sumo, 20 years Anniversary Edition, Taschen, Cologne 2019 |
| | HN 4048/ 2 | |
| | | source: book/ archive HNF |
|  | **Tied-up Torso** | **France 1981** |
| | Ramatuelle 1980 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |
| | HN 4046/ 6 | |
| | (cut out) | source: book/ archive HNF |
|  | **Nastassja Kinski** | **France 1984** |
| | Hollywood 1983 | Exhibition Catalogue "Helmut Newton . Mode et Portraits", plate 78 |
| | HN 4770/ 2 | Musée d´Art Moderne de la Villa de Paris,  Paris Audiovisuel/ Direction des Affaires Culturelles de la Ville de Paris, 1984 |
| | | source: book/ archive HNF |
|  | **Two models kissing in my studio** | **France 1976** |
| | Paris 1974 | Femmes Secrètes, Editions Robert Laffont S.A., Paris 1976 |
| | HN 1298/ 13 | page 19 |
| | | source: book/ archive HNF |
|  | **Big Nude I: Lisa** | **France 1981** |
| | Paris 1980 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |
| | HN 4000/ 7 | |
| | | source: book/ archive HNF |
|  | **Big Nude II** | **France 1981** |
| | Paris 1980 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |
| | HN 3994/ 7 | |
| | | source: book/ archive HNF |
|  | **Big Nude IV** | **France 1981** |
| | Paris 1980 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |
| | HN 3997/ 9 | |
| | | source: book/ archive HNF |
|  | **Big Nude V: Henrietta** | **France 1981** |
| | Paris 1980 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |
| | HN 3988/ 5 | |

source: book/ archive HNF

SUBJECT PHOTOGRAPHY EXAMPLES - NON-EXHAUSTIVE LIST OF INFRINGING WORKS FOUND AT ONGALLERY

| NS ref | SKU | Thumbnail | Title/ Info collection Helmut Newton Foundation | earliest located publication/ not US |
|---|---|---|---|---|
| 1 | 1255 |  | **Rue Aubriot, Yves Saint Laurent, French Vogue** | **France 1975** |
| | | | Paris 1975 | French Vogue, No. 559, Sept 1975 |
| | | | HN 1611/ 22 | page 146 |
| | | | | source: magazine/ Lipperheidesche Kostümbibliothek |
| 2 | 1385 |  | **Winnie at the Negresco** | **France 1976** |
| | | | Nice 1975 | Femmes Secrètes, Editions Robert Laffont S.A., Paris 1976 |
| | | | HN 1742/ 30 | page 18 |
| | | | | source: book/ archive HNF |
| 3 | 1384 |  | **Woman into man, Yves Saint Laurent, French Vogue** | **France 1979** |
| | | | Paris 1979 | French Vogue, No. 594, March 1979 |
| | | | HN 3244/ 36 | page 301 |
| | | | | source: magazine/ Lipperheidsche Kostümbibliothek |
| 4 | 1389 |  | **16th Arrondissement, French Vogue** | **France 1975** |
| | | | Paris 1975 | French Vogue, No. 562, Dec 1975/ Jan 1976 |
| | | | HN 1877/ 3 | page 173 |
| | | | | source: magazine/ archive HNF |

| | | | | |
|---|---|---|---|---|
| 5 | 1394 |  | **Marc Bohan for Christian Dior, French Vogue** | **France 1978** |
| | | | Paris 1978 | French Vogue, No. 584, March 1978 |
| | | | HN 2740/ 21 | page 220 |
| | | | | source: magazine/ archive HNF |
| 6 | 1277 |  | **Saddle II, Hermès, Vogue Homme, Hôtel Lancaster** | **Germany 1978** |
| | | | Paris 1976 | Sleepless Nights, Schirmer/ Mosel, Munich 1978 |
| | | | HN 2203/ 14a | page 66/ 67 |
| | | | Vogue Hommes 1977 | source: book/ archive HNF |
| 7 | 1390 |  | **French Vogue** | **France 1978** |
| | | | Paris 1978 | French Vogue, No. 585, April 1978 |
| | | | HN 2719/ 34 a | page 126/ 127 |
| | | | | source: magazine/ archive HNF |
| 8 | 1407 |  | **British Vogue** | **UK 1967** |
| | | | 1967 | British Vogue, 8/ 1967 |
| | | | HN 4643/ 37 (HN 10983 bis/ 37) | page 75 |
| | | | | source: Pages from the Glossies |
| 9 | 1259 |  | **Woman in fur coat adjusting stocking** | **France 1976** |
| | | | Paris 1976 | French Vogue, No. 569, Sept. 1976 |

| | | | |
|---|---|---|---|
| 9 | | HN 3038/ 1 | page 295 |
| | | | source: magazine/ archive HNF |
| 10 | 2100 | **Woman with snake** | **Germany 1979** |
| | | Berlin 1979 | German Vogue, November 1979 |
| | | HN 3423 | page 145 |
| | | | source: magazine/ Lipperheidsche Kostümbibliothek |
| 11 | 1399 | **Winnie** | |
| | | Cannes 1975 | **Germany 2019** |
| | | HN 1556/ 22 | Nova, August 1971 |
| | | evtl. Oui Magazine 1975 | source: Pages from the Glossies |
| 12 | 2101 | **Self-portrait with model, Hotel Bijou** | |
| | | Paris 1971 | **UK 1971** |
| | | HN 4/ 15a | Nova, August 1971 |
| | | Mode et Portrait, Catalogue, Paris 1984 | source: Pages from the Glossies |
| 13 | 2102 | **Chatillon, Mouly, Roussel & Dormeuil, French Vogue** | **France 1976** |
| | | Paris 1976 | French Vogue, 3/ 1976, No. 564 |
| | | HN 4357/ 5 | page 171 |
| | | | source: magazine/ Lipperheidesche Kostümbibliothek |

| | | | |
|---|---|---|---|
| 14 | 1391 |  **Charlotte Rampling** | **Germany 1989** |
| | | Saint-Tropez 1976 | Private Property, Schirmer/ Mosel, Munich 1989 |
| | | HN 1885/ 28 | plate 29 |
| | | | source: book/ archive HNF |
| 15 | 1383 |  **Versace, French Vogue** | **France 1980** |
| | | Saumur, France 1980 | French Vogue, August 1980, No. 609 |
| | | HN 3875/ 23a-24 | pages 330/ 331 |
| | | | source: magazine/ Lipperheidsche Kostümbibliothek |
| 16 | 2103 |  **Père Lachaise, Tomb of Talma** | **USA 1978** |
| | | Paris 1977 | Sleepless Nights, Congreve Publishing Company, New York 1978 |
| | | HN 2466/ 14a | page 121 |
| | | | source: book/ archive HNF |
| 17 | 1466 |  **Like Jackie O., French Vogue** | |
| | | Paris 1970 | **France 1973** |
| | | HN 1774/ 25 | French Vogue, September 1973, No. 539, page 169 |
| | | | source: magazine/ Lipperheidesche Kostümbibliothek |
| 18 | 1402 |  **French Vogue** | **France 1981** |
| | | Plage du Carlton, Cannes 1981 | French Vogue, October 1981, No. 620 |

| | | | | |
|---|---|---|---|---|
| 18 | |  | HN 4282/ 29a | page 210/ 211 |
| | | | | source: magazine/ Lipperheidesche Kostümbibliothek |
| 19 | 1392 |  | Lisa Taylor & Jerry Hall, Rudi Gernreich, American Vogue | **France 1975** |
| | | | Miami 1974 | Photo, No. 91, April 1975 |
| | | | HN 1341/ 19 | page 74/ 75 |
| | | | | source: magazine/ collection Philippe Garner |
| 20 | 2104 |  | playboy shooting | **Germany 1977** |
| | | | | "Elements", Publisher: Olympus, Hamburg 1977 |
| | | | | |
| | | | | source: book/ archive HNF |
| 21 | 1382 |  | **Viviane F., Hotel Volney, American Vogue** | **Germany 1984** |
| | | | New York 1972 | Welt ohne Männer, Schirmer/ Mosel, Munich 1984 |
| | | | HN 1617/ 5 | page 127 |
| | | | | source: magazine/ thevoguearchive.com |
| 22 | 2105 |  | **National Fur Co., Queen** | |
| | | | London 1967 | **UK 1967** |
| | | | HN 4460 | Queen, 8.Nov 1967, page 73 |
| | | | World without Men, 1984 | source: magazine/ archive HNF |

| | | | |
|---|---|---|---|
| **23** | 2106 | **French Vogue** | **France 1975** |
| | | Paris 1975 | French Vogue, No. 562, Dec 1975/ Jan 1976 |
| | | HN 1877 bis/ 3 | page 171 |
| | | | source: magazine/ archive HNF |
| **24** | 2107 | **Stern** | |
| | | Saint-Tropez 1978 | **Germany 1987** |
| | | HN 2965/ 31a -32 | Helmut Newton´s Illustrated No. 2, Schirmer/ Mosel, Munich 1987 |
| | | | source: book/ archive HNF |
| **25** | 2108 | **Yves Saint Laurent, French Vogue** | **France 1978** |
| | | Paris 1978 | French Vogue, No. 589, Sept 1978 |
| | | HN 3009/ 5a - 6 | page: 324/ 325 |
| | | | source: magazine/ archive HNF |
| **26** | 1256 | **At Maxim´s II, French Vogue** | **France 1978** |
| | | Paris 1978 | French Vogue, No. 584, March 1978 |
| | | HN 2741/ 21 | page 225 |
| | | | source: magazine/ archive HNF |
| **27** | 1386 | **Tigre Royal, French Vogue** | **France 1969** |
| | | Paris 1969 | French Vogue, No. 502, Dec/Jan 1970 |

| | | | |
|---|---|---|---|
| 27 | | HN 3067 bis/ 8 | page 113 |
| | | | source: magazine/ archive HNF |
| 28 | 1387 | **British Vogue** | |
| | | London 1968 | **UK 1968** |
| | | HN 4610/ 27 | British Vogue, 3/ 1968, page 111 |
| | | | source: Pages from the Glossies |
| 29 | 2109 | **Karl Lagerfeld for Chloé, Stern** | **Germany 1977** |
| | | Tuscany 1977 | Stern 1977 |
| | | HN 6682 bis/ 17 | |
| | | | source: HNF archive/ press clipping book HN 01 78/ 79 |
| 30 | 2110 | **Fashion model in chains** | |
| | | Paris 1979 | **France 1979** |
| | | HN 3529/ 22a | French Vogue, Dec. 1979/ Jan 1980, page 321 |
| | | | source: magazine/ Lipperheidsche Kostümbibliothek |
| 31 | 1380 | **Jean Patou, French Vogue** | |
| | | Paris 1977 | **France 1977** |
| | | HN 2274/ 22a | French Vogue, No. 574, March 1977, page 192 |
| | | | source: magazine/ archive HNF |

| | | | | |
|---|---|---|---|---|
| 32 | 1400 |  | Pages from the Glossies | **Germany 1979** |
| | | | German Vogue, 1979 | German Vogue, November 1979 |
| | | | HN 3429/ 00 (motif) | page 140/ 141 |
| | | | | source: magazine/ archive HNF |
| 33 | 1381 |  | **Woman being filmed, Givenchy & Bulgari, French Vogue** | **Germany 1989** |
| | | | Paris 1979 | Private Property, Schirmer/ Mosel, Munich 1989 |
| | | | HN 3532/ 7-7a | plate 4 |
| | | | | source: book/ archive HNF |
| 34 | 2111 |  | | **France 1976** |
| | | | | French Vogue, No. 569, Sept 1976 |
| | | | | page 214 |
| | | | | source: magazine/ archive HNF |
| 35 | 2112 |  | **Yves Saint Laurent, Queen** | **UK 1966** |
| | | | Paris 1966 | Queen, May 02, 1966 |
| | | | HN 4546/ 17a-18 | page 73 |
| | | | | source: magazine/ collection Philippe Garner |
| 36 | 1388 |  | | **USA 1981** |
| | | | | WET Magazine, Issue 30, Mach/ April 1981 |

| | | | | |
|---|---|---|---|---|
| 36 | |  | | page 30/ 31 |
| | | | | source: magazine/ archive HNF |
| 37 | 1511 |  | **Sigourney Weaver on the Warner Bros. Lot** | **Germany 1989** |
| | | | Burbank, California 1983 | Private Property, Schirmer/ Mosel, Munich 1989 |
| | | | HN 4727/ 8 | plate 21 |
| | | | evtl. Italian Vogue 1983 | source: book/ archive HNF |
| 38 | 1403 |  | **Christian Dior, French Vogue** | **France 1978** |
| | | | Paris 1978 | French Vogue, No. 588, August 1978 |
| | | | HN 2947/ 36a-37 | page 237 |
| | | | | source: magazine/ archive HNF |
| 39 | 1401 |  | **American Vogue** | |
| | | | Miami 1975 | **Germany 1984** |
| | | | Variante: HN 1337/ 28 | Welt ohne Männer, Schirmer/ Mosel, Munich 1984, page 34 |
| | | | | source: book/ HNF archive |
| 40 | 2113 |  | **Saga, French Vogue** | **France 1969** |
| | | | near Paris 1969 | French Vogue, No. 502, Dec/Jan 1970 |
| | | | HN 1610/ 10 | page 108 |
| | | | | source: magazine/ archive HNF |

| 41 | 2114 |  | **American Vogue** | |
| | | | Maui, Hawaii 1974 | **USA 1974** |
| | | | HN 3106/ 13 | American Vogue, No. 164, December 1974, page 194 |
| | | | | source: magazine/ thevoguearchive.com |
| 42 | 2115 |  | **Ungaro, Nova** | **Germany 2000** |
| | | | Paris 1975 | Work, Taschen, Cologne 2000 |
| | | | HN 1621/ 30 | page 127 |
| | | | evtl. Nova 1975 | source: book/ archive HNF |
| 43 | 2116 |  | **Jean Patôu and Guy Laroche, French Vogue** | **France 1978** |
| | | | Paris 1978 | French Vogue, No. 589, Sept 1978 |
| | | | HN 2998/ 10a | page 320 |
| | | | | source: magazine/ archive HNF |
| 44 | 2117 |  | **Yves Saint Laurent, Stern** | |
| | | | Croix-Valmer 1980 | **Germany 1982** |
| | | | HN 4395/ 8 | Stern Magazin, Heft No. 2, 7. Januar 1982, page 39 |
| | | | | source: magazine/Lipperheidesche Kostümbibliothek |
| 45 | 1404 |  | **Queen** | **UK 1966** |
| | | | Venice, Italy 1966 | Queen, May 11, 1966 |

| # | ID | Image | Title / Details | Source / Publication |
|---|----|-------|-----------------|----------------------|
| 45 | |  | HN 4637/ 21 | page 67 |
| | | | | source: magazine/ collection Philippe Garner |
| 46 | 2118 |  | **Cadre Noir, French Vogue** | **France 1980** |
| | | | Saumur, France 1980 | French Vogue, August 1980, No. 609 |
| | | | HN 3866/ 24 | pages 336/ 337 |
| | | | | source: magazine/ Lipperheidsche Kostümbibliothek |
| 47 | 1467 |  | **Shoe, Walter Steiger** | **Germany 1984** |
| | | | Monte Carlo 1983 | Welt ohne Männer, Schirmer-Mosel, Munich 1984 |
| | | | HN 4864/ 5a | page 180 |
| | | | | source: book/ archive HNF |
| 48 | 1536 |  | **Sylvia in my Studio** | **France 1981** |
| | | | Paris 1981 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |
| | | | HN 4317/ 9 | |
| | | | | source: book/ archive HNF |
| 49 | 1537 |  | **David Bowie** | **Germany 1989** |
| | | | Monte Carlo 1982 | Private Property, Schirmer/ Mosel, Munich 1989 |
| | | | HN 4709/ 7 | plate 25 |
| | | | | source: book/ archive HNF |

| | | | | |
|---|---|---|---|---|
| 49 | 2119 |  | **David Bowie . Cut out** | **Germany 1989** |
| | | | Monte Carlo 1982 | Private Property, Schirmer/ Mosel, Munich 1989 |
| | | | HN 4709/ 7 | plate 25 |
| | | | | source: book/ archive HNF |
| 50 | 1393 |  | **Elsa Peretti as a Bunny** | **France 1976** |
| | | | New York 1975 | Femmes Secrètes, Editions Robert Laffont S.A., Paris 1976 French Vogue, November 1976, No. 571 |
| | | | HN 1683/ 4 | page 15/ page 131 |
| | | | | source: book/ archive HNF source: magazine/ Lipperheidesche Kostümbibliothek |
| 51 | 1538 |  | **David Hockney at the Piscine Royale** | **Germany 1989** |
| | | | Paris 1975 | Private Property, Schirmer/ Mosel, Munich 1989 |
| | | | HN 1580/ 35a-36 | plate 14 |
| | | | | source: book/ archive HNF |
| 52 | 1535 |  | **Woman examining man, Calvin Klein, American Vogue** | **Germany 1984** |
| | | | Saint-Tropez 1975 | Welt ohne Männer, Schirmer-Mosel, Munich 1984 |
| | | | HN 1518/ 7 | page 176 |
| | | | | source: book/ archive HNF |
| 53 | 2120 |  | **After Dinner, Hotel Suite** | **Germany 1989** |
| | | | Paris 1977 | Private Property, Schirmer/ Mosel, Munich 1989 |

| # | | Image | | |
|---|---|---|---|---|
| 53 | |  | HN 2345/ 15 | plate 3 |
| | | | | source: book/ archive HNF |
| 54 | 2121 |  | **Regine for Zoa, French Vogue** | **France 1975** |
| | | | Paris 1975 | French Vogue, No. 562, Dec 1975/ Jan 1976 |
| | | | HN 1877 bis/ 20-20a | page 170 |
| | | | | source: magazine/ archive HNF |
| 55 | 1468 |  | **Karl Lagerfeld** | **Germany 1987** |
| | | | Paris 1973 | Portraits. Bilder aus Europa und Amerika, Schirmer/ Mosel, Munich 1987 |
| | | | Variante: HN 597/ 35a | plate 45 |
| | | | | source: book/ archive HNF |
| 56 | 2123 |  | **Hermès, Vogue Hommes** | **France 1976** |
| | | | Hotel Lancaster, Paris 1976 | |
| | | | HN 2205/ 13 | |
| | | | evtl. Vogue Hommes Dec 1976/ 1977 | |
| 57 | 2122 |  | **Loris Azzaro and three models wearing his creations** | |
| | | | Paris 1974 | **France 1976** |
| | | | Variante: HN 1359/ 7a-8 | Femmes Secrètes, Editions Robert Laffont S.A., Paris 1976 |
| | | | | source: book/ archive HNF |

| | | | |
|---|---|---|---|
| 58 | | Queen | |
| | | 1966 | UK 1966 |
| | | HN 4633/ 4 | Queen, May 02, 1966, page 81 |
| | | | source: magazine/ collection Philippe Garner |
| 59 | 2125 | **Italian Vogue** | |
| | | Milan 1980 | Italy 1980 |
| | | HN 3817/ 10 | Italian Vogue, No. 365, October 1980, page 450/ 451 |
| | | | source: magazine/ Lipperheidesche Kunstbibliothek |
| 60 | 1406 | | **UK 2000** |
| | | | Cyberwomen Portfolio, Eyestorm, London 2000 |
| | | HN 14492/ 4 | plate 6 |
| | | | |
| 61 | 2126 | no print of this motif in collection HNF | **France 1975** |
| | | | French Vogue, No. 562, Dec 1975/ Jan 1976 |
| | | HN 1877 bis/ 11a - 12 | page 167 |
| | | | source: magazine/ archive HNF |
| 62a | 2127 | **Two pairs of legs in black stockings** | **France, 1981** |
| | | Paris 1979 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |

| | | | | |
|---|---|---|---|---|
| 62a | |  | HN 3736/ 6 | page 41 |
| | | | | source: book/ archive HNF |
| 62b | |  | **Two pairs of legs in black stockings** | **France, 1981** |
| | | | Paris 1979 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |
| | | | HN 3736/ 6 | page 41 |
| | | | | source: book/ archive HNF |
| 63 | 2128 |  | **David Bowie** | **France 1984** |
| | | | Monte Carlo 1983 | Exhibition Catalogue "Helmut Newton . Mode et Portraits" |
| | | | HN 4708/ 8 | Musée d´Art Moderne de la Villa de Paris,  Paris-Audiovisuel/ Direction des Affaires Culturelles de la Ville de Paris, 1984, plate 80 |
| | | | | source: book/ archive HNF |
| 64 | 2129 |  | **Gunilla Bergström** | **Germany 1978** |
| | | | Paris 1976 | Sleepless Nights, Schirmer-Mosel, Munich 1978 |
| | | | HN 2089/ 16a | page 27 |
| | | | | source: book/ archive HNF |
| 65 | 2130 |  | **Violetta at the Les Bains Douches** | |
| | | | Paris 1979 | Germany 1987 |
| | | | Variante: HN 3910/ 12 | Helmut Newton´s Illustrated No. 2, Schirmer/ Mosel, Munich 1989 |
| | | | | source: book/ archive HNF |

| 66 | |  | **Arielle after haircut** | **France 1984** |
| | | | Paris 1982 | Exhibition Catalogue "Helmut Newton . Mode et Portraits" |
| | | | HN 4654/ 0 - 0a | Musée d´Art Moderne de la Villa de Paris,  Paris-Audiovisuel/ Direction des Affaires Culturelles de la Ville de Paris, 1984, page 46 |
| | | | | source: book/ archive HNF |
| 67 | |  | **Sie kommen (dressed/ naked), French Vogue** | **France 1981** |
| | | | Paris 1981 | French Vogue, November 1981, No. 621 |
| | | | naked: HN 4436/ 6 - dressed: HN 4365/ 8 | page 164/ 165 |
| | | | | source: magazine/ Lipperheidesche Kostümbibliothek |
| 68 | |  | **Sie kommen (dressed), French Vogue** | **France 1981** |
| | | | Paris 1981 | French Vogue, November 1981, No. 621 |
| | | | HN 4365/ 8 | page 165 |
| | | | | source: magazine/ Lipperheidesche Kostümbibliothek |
| 69 | |  | **Sie kommen (naked), French Vogue** | **France 1981** |
| | | | Paris 1981 | French Vogue, November 1981, No. 621 |
| | | | HN 4436/ 6 | page 164/ 165 |
| | | | | source: magazine/ Lipperheidesche Kostümbibliothek |
| 70 | |  | **Charlotte Rampling at the Hotel Nord Pinus** | **France 1976** |
| | | | Arles 1973 | Femmes Secrètes, Editions Robert Laffont S.A., Paris 1976 |

| | | | |
|---|---|---|---|
| 70 |  | HN 742/ 22a | page 89 |
| | | White Women, 1976 | source: book/ archive HNF |
| 70s |  | **Charlotte Rampling at the Hotel Nord Pinus** | **France 1976** |
| | | Arles 1973 | Femmes Secrètes, Editions Robert Laffont S.A., Paris 1976 |
| | | HN 742/ 22a | page 89 |
| | | White Women, 1976 | source: book/ archive HNF |
| 71 |  | **Jassara, Rue Aubriot** | **Germany 1984** |
| | | Paris 1977 | Sleepless Nights, Schirmer-Mosel, Munich 1978 |
| | | HN 2694/ 34a | page 89 |
| | | | source: book/ archive HNF |
| 72 |  | **Andy Warhol, L´Uomo Vogue** | **Germany 1984** |
| | | Paris 1974 | Sleepless Nights, Schirmer-Mosel, Munich 1978 |
| | | HN 1124/ 6 | page 117 |
| | | evtl. L´Uomo Vogue 1974 | source: book/ archive HNF |
| 73 |  | **Elsa Peretti as a Bunny** | **Germany 1999** |
| | | New York 1975 | Sumo, Taschen, Cologne 1999 |
| | | HN 1684/ 13 | |
| | | | source: book/ archive HNF |

| 74 | |  | **Raquel Welch** | **France 1981** |
| | | | Los Angeles 1981 | French Vogue, May 1981, No. 616 |
| | | | HN 4175/ 8 | page 149 |
| | | | | source: magazine/ Lipperheidesche Kostümbibliothek |
| 75 | |  | **Jenny Capitain, Pension Florian** | **Germany 1977** |
| | | | Berlin 1977 | "Elements", Publisher: Olympus, Hamburg 1977 |
| | | | HN 2631/ 20 | page |
| | | | | source: book/ archive HNF |
| 76 | |  | **Voyeurism, Playboy** | **Spain 1989** |
| | | | Beverly Hills 1989 | Exhibition Catalogue "Helmut Newton . Nuevas Imágenes" |
| | | | Variante: HN 7489/ 15 | Sala de Exposiciones de la Fundación Caja de Pensiones, Madris 1989, p. 84 |
| | | | Work, Cologne 2000, page 243 | source: book/ archive HNF |

SUBJECT PHOTOGRAPHY EXAMPLES - NON-EXHAUSTIVE LIST OF INFRINGING WORKS FROM PRIVATE PROPERTY PORTFOLIO

| Thumbnail | Title/ Info collection Helmut Newton Foundation | earliest located publication/ not US |
|---|---|---|
|  | **Violetta smoking** | **France 1981** |
| | Paris 1979 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |
| | HN 3457/ 27 | |
| | | source: book/ archive HNF |
|  | **Nude in Seaweed** | **Germany 1989** |
| | Saint-Tropez 1981 | Private Property, Schirmer/ Mosel, Munich 1989 |
| | HN 4304/ 7 | plate 12 |
| | | source: book/ archive HNF |
|  | **Hotel Room, Place de la République** | **Germany 1978** |
| | Paris 1976 | Sleepless Nights, Schirmer/ Mosel, Munich 1978 |
| | HN 2097/ 20a | page 119 |
| | | source: book/ archive HNF |
|  | **Paloma Picasso** | **Germany 1989** |
| | Paris 1978 | Private Property, Schirmer/ Mosel, Munich 1989 |
| | HN 3071/ 22 | plate 19 |
| | | source: book/ archive HNF |
|  | **Rich Girl, Detail** | **Germany 1989** |
| | Bordighera 1982 | Private Property, Schirmer/ Mosel, Munich 1989 |
| | HN 4677/ 11 | plate 20 |
| | evtl. Italian Vogue | source: book/ archive HNF |
|  | **Diving Tower, Old Beach Hotel** | **France 1981** |
| | Monte Carlo 1981 | Helmut Newton (Big Nudes), Editions du Regard, Paris 1981 |
| | HN 4223/ 10 | |
| | evtl. German Vogue < Mai 81 | source: book/ archive HNF |
|  | **Veruschka** | **France 1976** |
| | Nice 1975 | Femmes Secrètes, Editions Robert Laffont S.A., Paris 1976 |
| | HN 1347/ 15a | page 86/ 87 |
| | | source: book/ archive HNF |
|  | **In the Grunewald** | |
| | Berlin 1979 | **Germany 1979** |
| | HN 3431/ 34 | German Vogue, November 1979, page 136/ 137 |

| | | |
|---|---|---|
| | | source: magazine/ Lipperheidsche Kostümbibliothek |
|  | **Jenny in my apartment** | **Germany 1987** |
| | Paris 1978 | Portraits. Bilder aus Europa und Amerika, Schirmer/ Mosel, Munich 1987 |
| | HN 3069/ 19 | plate 72 |
| | | source: book/ archive HNF |
|  | **Roselyne behind fence** | **France 1976** |
| | Arcangues 1975 | Femmes Secrètes, Editions Robert Laffont S.A., Paris 1976 |
| | HN 1635/ 10a | page 59 |
| | | source: book/ archive HNF |
|  | **Régine at home** | **Germany 1987** |
| | Paris 1975 | Portraits. Bilder aus Europa und Amerika, Schirmer/ Mosel, Munich 1987 |
| | HN 1411/ 27 | plate 33 |
| | | source: book/ archive HNF |
|  | **Violetta at the Les Bains Douches** | **Germany 1987** |
| | Paris 1979 | Portraits. Bilder aus Europa und Amerika, Schirmer/ Mosel, Munich 1987 |
| | HN 3910/ 12 | plate 13 |
| | | source: book/ archive HNF |
|  | **Andy Warhol** | **Germany 1989** |
| | Paris 1974 | Private Property, Schirmer/ Mosel, Munich 1989 |
| | HN 1122/ 9-9a | plate 42 |
| | | source: book/ archive HNF |
|  | **Roselyne in Arcangues** | |
| | France 1975 | **France 1976** |
| | HN 1630 bis/ 3a-4, Repro 14452 | Femmes Secrètes, Editions Robert Laffont S.A., Paris 1976, page 63 |
| | | source: book/ archive HNF |
|  | **Woman and gardener, Marina Ferrari Advertisment** | **France 1979** |
| | Como 1979 | French Vogue, No. 598, August 1979 |
| | HN 3340/ 31 | page 188/ 189 |
| | | source: magazine/ Lipperheidsche Kostümbibliothek |
|  | **Mannequins reclining, Quai d'Orsay I** | **Germany 1978** |
| | Paris 1977 | Sleepless Nights, Schirmer/ Mosel, Munich 1978 |
| | HN 2341/ 16a | page 29 |
| | | source: book/ archive HNF |