CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HELMUT NEWTON FOUNDATION, et al.,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN SOLOMON, et al.,<br><br>Defendants. | Case No.: 2:22-cv-09320-RGK-SK<br>*Hon. R. Gary Klausner Presiding*<br><br>[PROPOSED] **JUDGMENT** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING JUDGMENT IS ENTERED AS FOLLOWS

Plaintiff The Helmut Newton Foundation and against Defendants Norman Solomon, Artography Limited Co., and International Images, LLC, as follows:

1. Judgment in the amount of $1,580,000.00 is entered against Defendant Norman Solomon and in favor of Plaintiff The Helmut Newton Foundation;
2. Defendants Norman Solomon, Artography Limited Co., and International Images, LLC are jointly and severally liable to Plaintiff The Helmut Newton Foundation for $37,200.00 in attorneys' fees;

The Court further PERMANENTLY RESTRAINS, ENJOINS, and ORDERS Defendants as follows:

1. Defendants Norman Solomon; Artography Limited Co.; International Images, LLC; and their agents, employees, representatives, and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

    a. Reproducing, preparing derivatives, distributing copies, or othe1wise displaying the Subject Photography or any works of Helmut Newton;

    b. Using the Helmut Newton Mark, and any trademark, company name, or domain name that is confusingly similar· to the Helmut Newton Mark; and,

    c. Engaging in any other conduct which will cause, or is likely to cause, confusion, mistake, deception, or misunderstanding as to source, or to the affiliation, connection, association, origin, sponsorship, or approval of Defendants' website or other activities with or by Helmut Newton or the Helmut Newton Foundation.

2. Defendant Defendants and their agents, employees, representatives, and all persons in active concert and participation with them are Ordered to deliver up for destruction all infringing Helmut Newton prints in their possession, all adve1iising and promotional materials, all packaging materials, and all business documents, including labels, cartons, brochures, business stationary , calling cards, information sheets, posters, signs, and any and all other printed or graphic materials of any type, which bear references to Helmut Newton, Helmut Newton Foundation, or use confusingly similar imitations of the Helmut Newton Mark.

IT IS SO ORDERED AND ADJUDGED.

Date: 11/15/2024        By: _____

                                      HONORABLE R. GARY KLAUSNER
                                      UNITED STATES DISTRICT COURT